B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Common Point Technologies, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-3931510** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**P.O. Box 290**<br>**Sugar Grove, IL**<br>ZIP Code **60554-0290** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Common Point Technologies, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)     Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Common Point Technologies, Inc.** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

**X** **/s/ Terence M. Fenelon**
Signature of Attorney for Debtor(s)

**Terence M. Fenelon 03126087**
Printed Name of Attorney for Debtor(s)

**Law Office of Terence M. Fenelon**
Firm Name

**4513 Lincoln Avenue
Suite 111
Lisle, IL 60532**

Address

         **Email: tmf523@comcast.net**
**630-737-1255  Fax: 630-737-0771**
Telephone Number

**July 21, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Bron Rindeikis**
Signature of Authorized Individual

**Bron Rindeikis**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 21, 2008**
Date

B6F (Official Form 6F) (12/07)

In re **Common Point Technologies, Inc.** ,   Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3720**  <br><br>**Agilent Technologies, Inc.**<br>**P.o. Box 4026**<br>**Englewood, CO 80155-4026** | - | | **project hardware** | | | | **15,759.00** |
| Account No. **xxxxx-0001**  <br><br>**Arnstein & Lehr**<br>**120 S. Riverside Plaza**<br>**Suite 1200**<br>**Chicago, IL 60606-3910** | - | | **legal services** | | | | **9,325.21** |
| Account No. **xx LMK 1686**  <br><br>**Arrow Aviation**<br>**c/o Dave Rosebraugh**<br>**763 Manor Hill Place**<br>**Sugar Grove, IL 60554** | - | | **7/25/2007 and 9/5/2007**<br>**judgment** | | | | **64,992.71** |
| Account No. **xxxxxx7151**  <br><br>**Aspen Publishers, Inc.**<br>**P.O. Box 911**<br>**Frederick, MD 21705-0911** | - | | **HR resources** | | | | **125.34** |

__6__ continuation sheets attached

Subtotal (Total of this page)   **90,202.26**

B6F (Official Form 6F) (12/07) - Cont.

In re **Common Point Technologies, Inc.**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2784**<br><br>**AT & T**<br>**National Internet Tollfree Dir.**<br>**P.O. Box 414991**<br>**Kansas City, MO 64141-4991** | | - | toll free directory | | | | 528.00 |
| Account No.<br><br>**Bron Rindeikis**<br>**P.O. Box 290**<br>**Sugar Grove, IL 60554** | | - | loan | | | | 120,000.00 |
| Account No.<br><br>**Computer Aided Technology**<br>**165 Arlington Heights Road**<br>**Suite 101**<br>**Buffalo Grove, IL 60089** | | - | software subscription | | | | 1,385.65 |
| Account No.<br><br>**Data Comm. Networking Inc.**<br>**51 Shore Drive**<br>**Burr Ridge, IL 60521** | | - | installation of phones | | | | 857.78 |
| Account No.<br><br>**Dia chan Tran**<br>**1410 Autin Avenue**<br>**Aurora, IL 60505** | | - | contract work | | | | 4,485.43 |

Sheet no. **1** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **127,256.86**

B6F (Official Form 6F) (12/07) - Cont.

In re **Common Point Technologies, Inc.**, Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4455**<br><br>**Digi Key Corporation**<br>**P.O. Box 250**<br>**Thief River Falls, MN 56701-0250** | | - | **judgment - 04 SCK 1750** | | | | 4,182.45 |
| Account No.<br><br>**EMA Design Automation**<br>**P.O. Box 23325**<br>**Rochester, NY 14692** | | - | **software subscription** | | | | 2,967.12 |
| Account No.<br><br>**John Lamb, Esq.**<br>**Russel G. Winick & Associates**<br>**1220 Iroquois Ave., Suite 100`**<br>**Naperville, IL 60563** | | - | **legal fees** | | | | 15,000.00 |
| Account No.<br><br>**JPS Design**<br>**c/o John Anderson**<br>**P.O. Box 662**<br>**Warrenville, IL 60555** | | - | **design work** | | | | 7,525.48 |
| Account No. **xx LK x0115**<br><br>**Kelly Temporary Services, Inc.**<br>**c/o Solomon & Leadley**<br>**320 East IndianTrail**<br>**Aurora, IL 60505-1760** | | - | **judgment** | | | | 57,188.47 |

Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   86,863.52

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Common Point Technologies, Inc.**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0083** <br><br> **KMZ Rosenman** <br> **525 W. Monroe Street** <br> **Suite 1600** <br> **Chicago, IL 60661-3693** | | - | **legal fees** | | | | **1,510.60** |
| Account No. <br><br> **Monster.com** <br> **22446 Network Place** <br> **Chicago, IL 60673-1224** | | - | **Employment search** | | | | **684.00** |
| Account No. <br><br> **Nissan Motor** <br> **P.O. Box 0548** <br> **Carol Stream, IL 60132** | | - | **lease** | | | | **667.53** |
| Account No. **xxx1116** <br><br> **Omron Electronics** <br> **One East Commerce Drive** <br> **Schaumburg, IL 60173** | | - | **project hardware** | | | | **3,597.09** |
| Account No. <br><br> **Paul Rubinov** <br> **4250 N. Marine Dr.** <br> **Apt. 2835** <br> **Chicago, IL 60613** | | - | **project subcontractor** | | | | **3,033.65** |

Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **9,492.87**

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Common Point Technologies, Inc.**  ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx2863**<br><br>**Pitney Bowes**<br>**22225 American Drive**<br>**Neenah, WI 54956-1005** | | - | shipping unit | | | | 58.50 |
| Account No. **xxx6505**<br><br>**Powermation Division**<br>**1310 Energy Lane**<br>**Saint Paul, MN 55108** | | - | project hardware | | | | 3,979.83 |
| Account No. **xx4610**<br><br>**Revere Electric Supply**<br>**2501 W. Washington**<br>**Chicago, IL 60612** | | - | project hardware | | | | 2,194.31 |
| Account No. **x4 L 569**<br><br>**Sekar Muniyandi**<br>**c/o Terry Heady**<br>**54 West Downer Place, P.O.Box 5055**<br>**Aurora, IL 60507** | | - | judgment | | | | 49,047.66 |
| Account No. **1854**<br><br>**Steiner Electric**<br>**2665 Paysphere Circle**<br>**Chicago, IL 60674** | | - | project hardware | | | | 3,276.16 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **58,556.46**

B6F (Official Form 6F) (12/07) - Cont.

In re **Common Point Technologies, Inc.**,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Susan Davis<br>7802 W. Chestnut Drive<br>Wonder Lake, IL 60097 | | - | investment | | | | 60,000.00 |
| Account No. 5777<br><br>Tel Assist<br>400 Est 22nd St.<br>Suite 400A<br>Lombard, IL 60148-6104 | | - | answering service | | | | 641.59 |
| Account No. xx ARK -x1186<br><br>Thomas Publishing<br>Five Penn Plaza<br>New York, NY 10001 | | - | judgment | | | | 10,401.70 |
| Account No. xx9944<br><br>United Software<br>7300 Bessimer Avenue<br>Cleveland, OH 44127 | | - | consulting personnal | | | | 3,600.00 |
| Account No.<br><br>Wade Joyner<br>275 Ashe Road<br>Plano, IL 60545 | | - | legal services | | | | 9,678.00 |

Sheet no. **5** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **84,321.29**

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Common Point Technologies, Inc.**  ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1028** <br><br> **Walker Component Group** <br> **420 East 58th Avenue** <br> **Denver, CO 80216** | | - | **project hardware** | | | | **864.01** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **864.01**

Total (Report on Summary of Schedules)   **457,557.27**

# United States Bankruptcy Court
**Northern District of Illinois**

In re  **Common Point Technologies, Inc.**  Case No.
Debtor(s)  Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **44**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July 21, 2008**   **/s/ Bron Rindeikis**
**Bron Rindeikis**/**President**
Signer/Title

```
Accounts Receivable Managment
P.O. Box 352
Milford, CT 06460


Agilent Technologies, Inc.
P.o. Box 4026
Englewood, CO 80155-4026


Allen Maxwell & Silver, Inc.
190 Sylvan Avenue
Englewood Cliffs, NJ 07632


Arnstein & Lehr
120 S. Riverside Plaza
Suite 1200
Chicago, IL 60606-3910


Arrow Aviation
c/o Dave Rosebraugh
763 Manor Hill Place
Sugar Grove, IL 60554


Arthur Adler & Associates, Ltd.
25 E Washington Street
Chicago, IL 60602-1702


Aspen Publishers, Inc.
P.O. Box 911
Frederick, MD 21705-0911


AT & T
National Internet Tollfree Dir.
P.O. Box 414991
Kansas City, MO 64141-4991


Bron Rindeikis
P.O. Box 290
Sugar Grove, IL 60554


Computer Aided Technology
165 Arlington Heights Road
Suite 101
Buffalo Grove, IL 60089
```

Credit Management Services
P.O. Box 931
Brookfield, WI 53008


Credit Mediators Inc.
The Westley Bldg-P.O. Box 456
Upper Darby, PA 19082-0456


D & B Receivable
4836 Brecksville Road
P.O. Box 509
Richfield, OH 44286


D & B Receivable
4836 Brecksville Road
P.O. Box 509
Richfield, OH 44286


Data Comm. Networking Inc.
51 Shore Drive
Burr Ridge, IL 60521


Dia chan Tran
1410 Autin Avenue
Aurora, IL 60505


Digi Key Corporation
P.O. Box 250
Thief River Falls, MN 56701-0250


EMA Design Automation
P.O. Box 23325
Rochester, NY 14692


James R. Murphy
105 E. Galena Blvd., 8ith Floor
Aurora, IL 60505


John Lamb, Esq.
Russel G. Winick & Associates
1220 Iroquois Ave., Suite 100`
Naperville, IL 60563

```
JPS Design
c/o John Anderson
P.O. Box 662
Warrenville, IL 60555


Kelly Temporary Services, Inc.
c/o Solomon & Leadley
320 East IndianTrail
Aurora, IL 60505-1760


KMZ Rosenman
525 W. Monroe Street
Suite 1600
Chicago, IL 60661-3693


McMahan & Sigunick, Ltd.
216 Jackson Blvd.
Suite 900
Chicago, IL 60606


Monster.com
22446 Network Place
Chicago, IL 60673-1224


NCO Financial Systems, Inc.
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002


Nissan Motor
P.O. Box 0548
Carol Stream, IL 60132


Omron Electronics
One East Commerce Drive
Schaumburg, IL 60173


Paul Rubinov
4250 N. Marine Dr.
Apt. 2835
Chicago, IL 60613


Pitney Bowes
22225 American Drive
Neenah, WI 54956-1005
```

```
Powermation Division
1310 Energy Lane
Saint Paul, MN 55108


Revere Electric Supply
2501 W. Washington
Chicago, IL 60612


Sekar Muniyandi
c/o Terry Heady
54 West Downer Place, P.O.Box 5055
Aurora, IL 60507


Solomon & Leadley
320 East Indian Trail
Aurora, IL 60505-1760


Solomon & Leadley
320 East Indian Trail
Aurora, IL 60505-1760


Steiner Electric
2665 Paysphere Circle
Chicago, IL 60674


Susan Davis
7802 W. Chestnut Drive
Wonder Lake, IL 60097


Tel Assist
400 Est 22nd St.
Suite 400A
Lombard, IL 60148-6104


Teller Levit Silvertrust
11 East Adams Street
Chicago, IL 60603


Thomas Publishing
Five Penn Plaza
New York, NY 10001


United Software
7300 Bessimer Avenue
Cleveland, OH 44127
```

```
Vital Recovery Service
P.O. Box 923747
Norcross, GA 30010


Wade Joyner
275 Ashe Road
Plano, IL 60545


Walker Component Group
420 East 58th Avenue
Denver, CO 80216
```